Beilal Chatila, SBN 314413
CHATILA LAW, LLP
3645 W. Atwater Avenue
Fresno, CA 93711
Office: (888) 567-9990
Facsimile: (888) 509-2870
email: chatilalaw@gmail.com

Attorneys for Plaintiff,
**ANTHONY THOMAS**

**UNITED STATES DSTRCIT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY THOMAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CANELO'S MARKET, INC., a California corporation; ELTARED ALI, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-02169-DAD-SCR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:**

I am counsel for the Plaintiff in this matter and Plaintiff hereby voluntarily dismiss this lawsuit against all defendants pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(I). Such dismissal shall be with prejudice, with each side to bear its own costs and fees.

Dated: November 28, 2024

**CHATILA LAW, LLP**

By: /BEILAL CHATILA
BEILAL CHATILA
Attorneys for Plaintiff
ANTHONY THOMAS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I am over the age of eighteen and not a party to this action. My business address is 3635 Atwater Avenue, Fresno, CA 93711. I hereby certify that on November 28, 2024, I electronically transmitted the following document.

NOTICE OF VOLUNTARY DISMISSAL

The document was transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

Date: November 28, 2024 _/S/ LARRY MENTON

LARRY MENTON